UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 1:14-cr-25 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| GARY FREEMAN | ) |

## O R D E R

On May 19, 2014, pursuant to 28 U.S.C. § 636(b), United States Magistrate Judge Susan K. Lee filed a Report and Recommendation ("R&R") (Court File No. 16) recommending the Court deny Defendant Gary Freeman's ("Defendant") motion to suppress evidence (Court File No. 11). Neither party filed an objection to the R&R.

After reviewing the record and the applicable law, the Court agrees with the magistrate judge's findings of fact and conclusions of law. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 16) pursuant to 28 U.S.C. § 636(b)(1), and **DENIES** Defendant's motion to suppress (Court File No. 11).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**